IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Howell, Charles M

Printed: 12/23/08

Case Number: 04 B 03837
Judge: Wedoff, Eugene R
Filed: 2/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: March 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 69,830.72 |  |
| Secured: |  | 63,956.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 3,641.51 |
| Other Funds: |  | 32.25 |
| Totals: | 69,830.72 | 69,830.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,200.00 | 2,200.00 |
| 2. | Select Portfolio Servicing | Secured | 45,113.20 | 42,652.48 |
| 3. | City Of Chicago | Secured | 2,168.50 | 1,629.15 |
| 4. | Select Portfolio Servicing | Secured | 25,694.58 | 19,675.33 |
| 5. | NCO Financial Services Inc | Unsecured | 1,026.10 | 0.00 |
| 6. | Capital One | Unsecured | 304.68 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 795.00 | 0.00 |
| 8. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 9. | Orchard Bank | Unsecured |  | No Claim Filed |
| | | | $ 77,302.06 | $ 66,156.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 120.26 |
| 4% | 219.64 |
| 6.5% | 692.83 |
| 3% | 125.97 |
| 5.5% | 675.07 |
| 5% | 209.95 |
| 4.8% | 401.17 |
| 5.4% | 1,192.82 |
| 6.6% | 3.80 |
|  | $ 3,641.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Howell, Charles M

Printed: 12/23/08

Case Number:  04 B 03837
Judge:  Wedoff, Eugene R
Filed:  2/2/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

